E-Filed: **4/7/09**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ORTEGA, | Case No. CV 06-5738-GHK (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| MIKE EVANS, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   4/7/09  .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\cv 06-5738.Judgment.wpd